UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CRISTINA R. RAVANERA,

        Plaintiff,

   v.

ELK GROVE UNIFIED SCHOOL DISTRICT and DOES 1 through 100,

        Defendants.

No. 2:06-CV-0969-MCE-EFB

MEMORANDUM AND ORDER

----oo0oo----

Following a substitution of attorney, Plaintiff Cristina Ravanera filed this Motion to Amend her Complaint on November 8, 2007, seeking to resolve technical issues with her Complaint. In Plaintiff's original Complaint, the first cause of action alleged facts that would support claims for both discrimination and retaliation. Plaintiff now seeks leave to file an amended complaint in order to assert two distinct claims for discrimination and retaliation. On November 11, 2007, Defendants filed a Notice of Non-Opposition to said Motion to Amend. Defendants concur that the proposed amendments involve only the form of the Complaint, and not the substance.

1

1  Rule 15(a) provides that "leave [to amend] shall be freely
2 given when justice so requires." Fed. R. Civ. P. 15(a). The
3 policy of favoring amendments to pleadings, as evinced by
4 Rule 15(a), "should be applied with extreme liberality." <u>United
5 States v. Webb</u>, 655 F.2d 977, 979 (9th Cir. 1981). The Pretrial
6 Scheduling Order issued in this case requires good cause to amend
7 the pleadings. The proposed amendments seek to correct technical
8 deficiencies and not to make substantive changes. In view of
9 Defendants' non-opposition to Plaintiff's request, the Motion to
10 Amend is hereby GRANTED.
11  The Court notes that Plaintiff has already filed a Proposed
12 First Amended Complaint on November 8, 2007 (see Exhibit 4 to
13 this Motion). The proposed Amended Complaint is hereby deemed
14 properly filed as of the date of this Order. Defendants shall
15 respond in accordance with the Rules of Civil Procedure and the
16 Local Rules.
17  IT IS SO ORDERED.
18 Dated: December 11, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE