```
JILL P. TELFER (State Bar No. 145450)
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California  95814
Telephone:  (916) 446-1916
Facsimile:   (916) 446-1726
email: jilltelfer@yahoo.com

Attorney for Plaintiff
CRISTINA R. RAVANERA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA R. RAVANERA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT and DOES 1 through 100,<br><br>    Defendants. | No. 2:06-cv-00969-MCE-EFB<br><br>**STIPULATION TO DISMISS ACTION** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff CRISTINA R. RAVANERA and Defendant ELK GROVE UNIFIED SCHOOL DISTRICT, by and through their respective counsel, that Plaintiff hereby dismisses, with prejudice, all claims for relief in Plaintiff's complaint, the parties to bear their own costs and attorney fees on this action.

**IT IS SO STIPULATED.**

Dated: December 20, 2007         LAW OFFICES OF JILL P. TELFER
                                 A Professional Corporation


                                 /s/
                                 _____
                                 JILL P. TELFER
                                 Attorney for Plaintiff
                                 CRISTINA R. RAVANERA

**IT IS SO STIPULATED.**

Dated: December ____, 2007          ANWYL, SCOFFIELD & STEPP

/s/
_____
JAMES T. ANWYL
Attorneys for Defendant ELK GROVE
UNIFIED SCHOOL DISTRICT

## **ORDER**

**GOOD CAUSE APPEARING,**

The parties having stipulated and good cause appearing therefor, **IT IS SO ORDERED**.

Dated: January 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE